IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DUJUAN DAVIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CASE NO. 1:17-cv-829-LJM-TAB |
| PENSKE LOGISTICS, | ) ) ) |
| Defendant. | ) ) |

## ORDER OF DISMISSAL WITH PREJUDICE

The parties having so stipulated and the Court being duly advised on the premises, dismisses this action, with prejudice, each party to bear its own costs and attorneys' fees.

IT IS THEREFORE ORDERED, ADJUDGED, and DECREED that this action is dismissed, with prejudice, each party to bear its own costs and attorneys' fees.

Date: 9/29/2017

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

**Distribution to:**
Paul J. Cummings
David M. Henn
Henn Haworth Cummings & Page
 625 Madison Avenue, Suite A
Greenwood, Indiana 46142

Kenneth B. Siepman
Jia Li
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
111 Monument Circle, Suite 4600
Indianapolis, Indiana  46204